Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11761−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Crystal L. Kellum
    3107 South Congress Road
    Camden, NJ 08104

Social Security No.:
    xxx−xx−2045

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 22, 2020
JAN: bc

                                                Jeanne Naughton
                                                Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-11761-ABA
Crystal L. Kellum                                                   Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Jan 22, 2020
                              Form ID: 148             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Crystal L. Kellum,    3107 South Congress Road,    Camden, NJ 08104-3115
517994231      +Bayview Loan Servicing,    P.O. Box 650091,    Dallas, TX 75265-0091
518017256      +Bayview Loan Servicing, LLC,,    a Delaware Limited Liability Company,
                 Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517994237      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
517994232      +Mattleman, Weinroth & Miller,    401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
517994233      +PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
517994234      +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517994235      +EDI: AFNIRECOVERY.COM Jan 23 2020 05:18:00      Afni,   1310 Martin Luther King Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
518166262      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 23 2020 01:04:36
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517994236      +EDI: ESSL.COM Jan 23 2020 05:18:00      Dish Network,    P.O. Box 94063,
                 Palatine, IL 60094-4063
518153552      +EDI: AIS.COM Jan 23 2020 05:18:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              Stacey L. Mullen    on behalf of Debtor Crystal L. Kellum slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```